No. 698. Howard *v.* Colorado. Supreme Court of Colorado. Certiorari denied. *Arthur E. Neuman* and *John B. Bromell* for petitioner. *Duke W. Dunbar*, Attorney General of Colorado, *Frank E. Hickey*, Deputy Attorney General, and *Richard A. Zarlengo*, Assistant Attorney General, for respondent.

No. 700. Hallatt et al. *v.* Maryland Casualty Co. C. A. 5th Cir. Certiorari denied. *Roy H. Brooks, Jr.* for petitioners. *Dewey Knight* for respondent.

No. 702. Rapid Transit Co. *v.* United States. C. A. 10th Cir. Certiorari denied. *Clifford L. Malone* and *Charles E. Jones* for petitioner. *Solicitor General Cox* and *Roger P. Marquis* for the United States.

No. 704. Siegfried *v.* Kansas City Star Co. et al. C. A. 8th Cir. Certiorari denied. *Ray D. Jones, Jr.* and *Carrol C. Kennett* for petitioner. *Carl E. Enggas* for respondents.

No. 706. Bloom *v.* Lundburg, Trooper. Supreme Court of Errors of Connecticut. Certiorari denied. *David Goldstein, Jacob D. Zeldes, Max Kabatznick* for petitioner. *Joseph J. Rose,* Assistant Attorney General of New York, for respondent.

No. 707. E. Totonelly Sons, Inc., *v.* Town of Fairfield. C. A. 2d Cir. Certiorari denied. *Eugene Gressman* for petitioner. *Norman K. Parsells* and *John J. Darcy* for respondent.